UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AMERITRINE WELLNESS INC., d/b/a JETTY                    :
EXTRACTS,                                                :
                                                        :
                               Petitioner,              :        24 Misc. 208 (JPC)
                                                        :
               -v-                                      :        ORDER
                                                        :
JETTY NATIONAL INC. and JETTY INSURANCE                 :
AGENCY LLC,                                             :
                                                        :
                               Respondents.             :
                                                        :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 30, 2024, Petitioner filed a motion seeking an order compelling Respondents to comply with a Subpoenas *Duces Tecum* served on Respondents on September 8, 2023 in connection with a pending action between those parties in the District of New Jersey, *see Jetty Life LLC v. Ametrine Wellness Inc.*, No. 21 Civ. 20094 (ESK) (MJS) (D.N.J.), as well as an award of Petitioner's attorneys' fees in bringing the motion to compel. Dkt. 1 (the "Motion"). To date, the docket does not reflect that the Motion has been served on Respondents, nor has any response been filed by Respondents. Accordingly, Petitioner shall serve Respondents with a copy of the Motion and this Order by May 17, 2024. Respondents are directed to file a response to the Motion within two weeks of the date of service. In that response, or alternatively prior to filing a substantive response, Respondents may advise the court whether they consent to transfer of the Motion to the District of New Jersey pursuant to Federal Rule of Civil Procedure 45(f).

SO ORDERED.

Dated: May 10, 2024
       New York, New York                          _____
                                                           JOHN P. CRONAN
                                                        United States District Judge